PABST,
*Appellant,*

*v.*

SCHOOL DISTRICT #59,
*Respondent.*

(85-3413-NJ-1; CA A37829)

737 P2d 151

G. Philip Arnold, Ashland, argued the cause for appellant. With him on the brief was Drescher & Arnold, Ashland.

Thomas S. Parks, Medford, argued the cause for respondent. With him on the brief was Brian B. Mullen, Medford.

Before Richardson, Presiding Judge,* and Newman and Deits Judges.

PER CURIAM

---

* Richardson, P. J., *vice* Joseph, C. J.

## PER CURIAM

Plaintiff was an elementary student in defendant school district. She appealed the trial court's denial of her request to enjoin defendant from prohibiting her from playing tackle football in school. After appealing, she moved from the district and now attends school elsewhere. The relief which she requested *solely* concerned *her* right to play. There is no longer any reason to consider the relief that plaintiff requested. The case is moot.

Appeal dismissed.